IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-00001

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

   Plaintiff,

v.

SCOTT S. McLAUGHLIN,

   Defendant.

---

ORDER GRANTING MOTION TO AMEND CAPTION

---

On motion of the United States of America, and good cause appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Pennsylvania Higher Education Assistance Agency.

Dated: *August 2, 2007*

*Boyd N. Boland*
~~UNITED STATES DISTRICT JUDGE~~

BOYD N. BOLAND
United States Magistrate Judge