UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-00001

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT R. MCLAUGHLIN,

        Defendant,

and

COLORADO DEPARTMENT OF CORRECTIONS,

        Garnishee.

---

**GARNISHEE ORDER**

---

On motion of the United States and good cause appearing, IT IS HEREBY ORDERED that Garnishee COLORADO DEPARTMENT OF CORRECTIONS shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

        BY THE COURT:

Dated: October 19, 2007

        *[signature]*
        ~~UNITED STATES DISTRICT JUDGE~~

        **BOYD N. BOLAND**
        **United States Magistrate Judge**