IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-00001-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT S. MCLAUGHLIN,

        Defendant,

and

COLORADO DEPARTMENT OF CORRECTIONS,

        Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 21st day of December, 2009.

        BY THE COURT:

        _____
        UNITED STATES MAGISTRATE JUDGE